O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 07-497-CAS |
| Plaintiff, ) | |
| v. ) | REVOCATION OF SUPERVISED |
| MARK TYRELL FOWLKES, ) | RELEASE AND JUDGMENT |
| Defendant. ) | |
| _____ ) | |

On March 8, 2012 and March 26, 2012, this matter came before the Court on Petitions on Probation and Supervised Release filed on January 5, 2012 and March 26, 2012. Government counsel, Kevin Rosenberg, the defendant in pro per and his appointed CJA standby attorney, Paul Horgan, were present. The U.S. Probation Officer, Jarrod Kennelly, was also present.

The defendant admits violation of his supervised release, as stated in allegations 1, 2, 3, 4, 5, 6, 8 and 10 of the Petitions filed on January 5, 2012 and March 26, 2012. The defendant denies allegation 7, and admits in part/denies in part allegation 9 of the Petition filed March 26, 2012. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on June 29, 2011.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of

the Bureau of Prisons for a term of two (2) months, (Remand #9194). Upon release from custody, defendant shall be placed on supervised release for a term of seven (7) years, under the same terms and conditions previously imposed.

    IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: March 29, 2011

*Christina A. Snyder*
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: ___/S/_____
    Catherine M. Jeang, Deputy Clerk

2