O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 07-497-CAS |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF |
| MARK TYRELL FOWLKES, ) | SUPERVISED RELEASE AND JUDGMENT |
| Defendant. ) | |
| _____ ) | |

On July 11, 2013 and August 26, 2013, this matter came before the Court on Petition on Probation and Supervised Release filed on June 24, 2013. Government counsel, Kevin Rosenberg, the defendant in pro per and his appointed CJA standby co-counsel, Paul Horgan, were present. The U.S. Probation Officer, Jarrod Kennelly, was also present.

The defendant denied violation of his supervised release as stated in the petition filed June 24, 2013. Evidentiary hearing was held.

The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on June 29, 2011 and March 26, 2012.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked and reinstated, under the same terms and conditions previously imposed, with the added condition:

///

- Defendant shall keep a daily diary of his activities and provide the information to Mr. Horgan on a weekly basis for the next thirty (30) days; and
- Defendant's participation in the home detention program is hereby extended, up to and including October 7, 2013, which may include electronic monitoring, GPS, Alcohol Monitoring Unit or automated identification systems and shall observe all rules of such program, as directed by the Probation Officer.  The defendant shall maintain a residential telephone line without devices and/or services that may interrupt operation of the monitoring equipment.  Defendant shall be allowed to attend medical appoints for himself and/or his partner, religious services, employment and/or employment searches, as pre-approved by the U.S. Probation Officer.  The Court waives the costs of home confinement monitoring, as it is found that defendant is unable to pay such costs.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: August 29, 2013

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: \_\_\_/S/_____
     Catherine M. Jeang,  Deputy Clerk

2